IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| FREDA STAPLES, FOR THE ) <br> WRONGFUL DEATH OF HER ) <br> HUSBAND, BILLY MITCHELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES B. WHITE, M.D. ) <br> MARVIN W. REID, M.D. AND ) <br> TANNER MEDICAL CENTER, ) <br> INC. ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br> NO.: 3:10-CV-057-JTC |

## STIPULATION OF DISMISSAL OF DEFENDANTS WHITE AND REID

Plaintiff, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and the holding of Hedquist v. Merrill Lynch, Pierce, Fenner 4 Smith, Inc., 272 Ga. 209 (2001), which holds that in a case against an employer and employees a voluntary dismissal of the employees does not bar the plaintiff from pursuing claims against the employer under the doctrine of respondeat superior for the employees' acts, dismisses her claims against Defendants James White, M.D. and Marvin W. Reid, M.D. Plaintiff, by this dismissal, does not dismiss her claims against Defendant

Tanner Medical center, Inc. ("Defendant TMC") Plaintiff's action against Defendant TMC continues.

| | |
|---|---|
| 309 Bankhead Avenue<br>Carrollton, Georgia 30117<br>(770)836-0405 | **GARY BUNCH, P.C.**<br><br>By: _____<br>Gary Bunch<br>Georgia Bar Number 094612<br>Attorney for Plaintiff<br>Freda Staples |
| 191 Peachtree Street, NE<br>Suite 3900<br>Atlanta, Georgia 30303<br>(404)636-4351 | **THE WEATHINGTON FIRM, P.C.**<br><br>By: _____<br>Amy M. Hoffman<br>Georgia Bar Number 359606<br>Attorney for Defendants<br>James B. White, M.D.<br>Marvin W. Reid, M.D. |
| 100 Wagon Yard Plaza<br>Carrollton, Georgia 30117<br>(770)214-5118 | **TISINGER VANCE, P.C.**<br><br>By: _____<br>Richard G. Tisinger, Jr.<br>Georgia Bar Number 713110<br>Attorney for Defendant<br>Tanner Medical Center, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of **STIPULATION OF DISMISSAL DEFENDANTS WHITE AND REID** be filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Defendants James B. White, M.D. and Marvin W. Reid, M.D.'s counsel:

> Amy M. Hoffman
> The Weathington Firm, P.C.
> 191 Peachtree Street, NE
> Suite 3900
> Atlanta, Georgia 30303

Defendant Tanner Medical Center, Inc.'s counsel:

> Richard G. Tisinger, Jr.
> Tisinger Vance, P.C.
> 100 Wagon Yard Plaza
> Carrollton, Georgia 30117

This 10 day of May 2011.

_____
Gary Bunch