IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| FREDA STAPLES, FOR THE WRONGFUL DEATH OF HER HUSBAND, BILLY MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> TANNER MEDICAL CENTER, INC. <br><br> Defendant. | CIVIL ACTION FILE NO.: 310-CV-057 |

## STIPULATION OF DISMISSAL

Plaintiff Freda Staples, pursuant to the parties' settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismisses the within action with prejudice.

GARY BUNCH, P.C.

By: _____
Gary Bunch
Georgia Bar Number 094612
Attorney for Plaintiff
Freda Staples

309 Bankhead Avenue
Carrollton, Georgia 30117

(770) 836-0405

TISINGER VANCE, P.C.

By: *Richard G. Tisinger, Jr.* by /s/
Richard G. Tisinger, Jr.
Georgia Bar Number 713110
Attorney for Defendant
Tanner Medical Center, Inc.

100 Wagon Yard Plaza
Carrollton, Georgia 30117

(770) 834-4467

August 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a copy of **STIPULATION OF DISMISSAL** to be filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel for Defendant:

>Richard G. Tisinger, Jr.
>Tisinger Vance, P.C.
>100 Wagon Yard Plaza
>Carrollton, Georgia 30117

This 2nd day of August, 2012.

_____
Gary Bunch